# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2098
LT Case No. 2021-DP-155

_____

B.L., MOTHER OF P.P., A CHILD,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellees.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

David J. Joffe, of Joffe Law, P.A., Ft. Lauderdale, for Appellant.

Rachel Batten, of Children's Legal Services Department of
Children and Families, Brooksville, for Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, and Amanda
Victoria Glass, Senior Attorney, and Samantha P. Wuschke, of
Statewide Guardian Ad Litem Office, Tallahassee, for Appellee.

December 11, 2023

PER CURIAM.

    AFFIRMED.

HARRIS, KILBANE, and MACIVER, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————